```
 1  SCOTT N. SCHOOLS, SBN SC 9990
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    DENNIS J. HANNA, SBN CA 184475
 4  Special Assistant United States Attorney

 5        333 Market Street, Suite 1500
          Telephone: 415-977-8943
 6        Fax:  415-744-0134
          E-mail: Dennis.Hanna@ssa.gov
 7
    Attorneys for Defendant
 8
```

|   |   |   |
|---|---|---|
| 9 | | UNITED STATES DISTRICT COURT |
| 10 | | NORTHERN DISTRICT OF CALIFORNIA |
| 11 | | SAN JOSE DIVISION |

```
12  WENDY T. PADGETT,              )
                                   )
13         Plaintiff,              )  CIVIL NO. 5:07-CV-00948-JW RS
                                   )
14         v.                      )  STIPULATION AND PROPOSED ORDER
                                   )
15  MICHAEL J. ASTRUE,             )
    Commissioner of Social Security)
16                                 )
           Defendant.              )
17  _____)

18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20  attached Order, that Plaintiff shall have a first extension of time of 30 days to file her motion for summary
21  judgment. This extension is necessitated by Defendant's inadvertent failure to serve and file a copy of the
22  administrative transcript when Defendant filed his answer on May 31, 2007.
23      The new due date for Plaintiff's motion for summary judgment will be 30 days from the date of this
24  Order.
25  //
26  //
27  //
28  //
```

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated: *August 8, 2007* | By: | /s/ |
| 3 | | | THELMA S. COHEN |
| | | | *(As authorized via Fax on August 8, 2007)* |
| 4 | | | Attorney for Plaintiff |

SCOTT N. SCHOOLS
United States Attorney

Dated: *August 8, 2007*     By:     /s/
                                    DENNIS J. HANNA
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 10 2007

JAMES WARE
UNITED STATES DISTRICT JUDGE